**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Marvin | Lloyd | Turner |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the __Northern__ District of __Illinois__

Case Number (If Known): __15B 14314__

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

## Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.
[X] The debtor(s) must pay the filing fee according to the following terms:

**You Must Pay...**

$ __135__ on or before this date __5/5/15__
$ __100__ on or before this date __5/19/15__
$ __100__ on or before this date __6/5/15__
+ $ _____ on or before this date _____

**Total** $ __335__

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

__APR 27 2015__ By the court: _Jacqueline Cox_
Month/Day/Year                          United States Bankruptcy Judge